ALEXANDER B. TRUEBLOOD (TX Bar No. 24100609)
TRUEBLOOD LAW FIRM
700 Lavaca Street, Suite 1400
Austin, TX 78701-3102
Telephone:  (512) 537-0388
Facsimile:  (512) 582-8516
Email: alec@hush.com

Attorneys for Plaintiff
CONNOR MASON

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS – AUSTIN DIVISION

| | |
|---|---|
| CONNOR MASON,<br><br>            Plaintiff,<br><br>      vs.<br><br>REGIONS BANK, and RONALD THOMAS ASHBY dba STATEWIDE RECOVERY SOLUTIONS,<br><br>            Defendants. | Case No:  1:16-CV-01299-RP<br><br>**CERTIFICATE OF SERVICE OF OPPOSITION TO MOTION TO STAY** |

1
2

<u>Certificate of Service</u>
<u>Mason v. Regions Bank et al., Case No. 1:16-CV-01299-RP</u>

3

        Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on January 26, 2018, a

4

true and correct copy of Plaintiff's Opposition to Motion To Stay was served as
follows:

5
6

        1.  On Amelia Coates and Kenneth C. Johnson, counsel for defendant Regions
Bank, via the Court's CM/ECF filing system.

7
8
9

        2.  On defendant Ronald Ashby, by United States mail, first class mail
postage pre-paid, and addressed to Ronald Thomas Ashby, 2541 South IH 35
Suite 200 # 249, Round Rock, TX 78664.

10
11

Dated:  January 26, 2018                    Respectfully Submitted,
                                            TRUEBLOOD LAW FIRM

12
13
14

                                            By:     /s/ *Alexander B. Trueblood*

15

                                            Alexander B. Trueblood
                                            Attorneys for Plaintiff

16

                                            CONNOR MASON

17
18
19
20
21
22
23
24
25
26
27
28